UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARD T. ANDERSON BEY,

           Plaintiff,

-against-

ACS; NYCHA; DCSE; HRA (REFERENCED AS NEW YORK STATE AND THE CITY OF NEW YORK),

           Defendants.

20-CV-729 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued April 6, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 6, 2020
           New York, New York

                                                  Louis L. Stanton
                                                    U.S.D.J.